Decided June 14, 2001

STATE OF CONNECTICUT *v.* KEVIN LUCAS

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 263 (AC 19867), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Felix Esposito*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided June 14, 2001